Lawrence D. Mandel, Esq.
Gertner Mandel, LLC
PO Box 301
Lakewood, NJ 08701
Tel:  732-363-3333
Fax:  732-363-6666
Attorneys for Defendants
DOE 2 D/B/A LACA_888,
GOMEDIA, GOMEDIA8,
and BOOKSMEDIA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; ELSEVIER, INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOE 1 D/B/A BARGAINSOFMAINE; DOE 2 D/B/A LACA_888, GOMEDIA, GOMEDIA8, and BOOKSMEDIA; DOE 3 D/B/A PEPPERACK; DOE 4 D/B/A MYFRIENDANDME02 and SATHIEL 1492; DOE 5 D/B/A USAOKDEALS; DOE 6 D/B/A VINTAGEFREAKIE; DOE 7 D/B/A WAREHOUSE-DEALZ; and DOE 8 D/B/A WHOLSALENICK, <br><br> Defendants. | Docket No. 18-cv-0403 (RJS) <br><br> Civil Action <br><br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Lawrence D. Mandel, Esq., of the law firm of GERTNER MANDEL, LLC enters an appearance in this matter as counsel to Defendants DOE 2 D/B/A LACA_888, GOMEDIA, GOMEDIA8, and BOOKSMEDIA, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him.  Mr. Mandel is duly admitted to practice before this Court.

Dated: February 16, 2018

                      GERTNER MANDEL, LLC

                By:    /s/Lawrence D. Mandel
                      Lawrence D. Mandel, Esq.
                      PO Box 301
                      Lakewood, NJ  08701
                      (732) 363-3333
                      lmandel@gmplaw.net