

**INTELLECTUAL PROPERTY PRACTICE GROUP:**

**Lawrence D. Mandel**
*Member NJ, NY & PA Bars*

*Of Counsel*
**Richard Malagiere**
*Registered Patent Attorney*
**Howard M. Eisenberg**
*Registered Patent Attorney*
**Robert J. Rando**
*Member NY Bar*

PO Box 301
Lakewood, New Jersey 08701
732-363-3333
Fax: 732-363-6666

*PATENT, TRADEMARK, COPYRIGHT & UNFAIR COMPETITION*

www.iplaw-gmp.net

February 16, 2018

<u>Via email to sullivannysdchambers@nysd.uscourts.gov</u>
The Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, NY 10007

        RE:    CENGAGE LEARNING, INC., ET AL. v. DOE 1 D/B/A BARGAINSOFMAINE, ET AL.
                Case Number: 18-cv-0403 (RJS)
                Our File No.: 2241-01

Dear Judge Sullivan:

    I represent the Defendants, DOE 2 D/B/A LACA_888, GOMEDIA, GOMEDIA8, and BOOKSMEDIA in the above matter. I am enclosing for Your Honor's review and signature a Stipulation and Order extending the time for Defendants to file an Answer or otherwise respond to the Complaint for a period of 14 days, up to and including, March 6, 2018, to which Plaintiffs have consented. The parties are engaged in settlement discussions and wish to extend the time for Defendants to answer to allow for additional time to continue negotiations. The original deadline is February 20, 2018 and there have been no previous requests for adjournment.

    Thank you for your courtesy and consideration.

                                Respectfully submitted,

                                Lawrence D. Mandel

LDM/jvs
Enclosure
cc:    Matthew Fleischman, Esq. (*via email w/enclosure*)
        Eugene D. Kublanovsky (*via email w/enclosure*)

Office Locations:
1215 East Veterans Highway, Jackson, New Jersey
1355 Campus Parkway, Suite 102, Wall, New Jersey (by appointment only)
250 Moonachie Road, Suite 102, Moonachie, New Jersey (by appointment only)