Lawrence D. Mandel, Esq.
Gertner Mandel, LLC
PO Box 301
Lakewood, NJ 08701
Tel:  732-363-3333
Fax:  732-363-6666
Attorneys for Defendants
DOE 2 D/B/A LACA_888,
GOMEDIA, GOMEDIA8,
and BOOKSMEDIA

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; ELSEVIER, INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOE 1 D/B/A BARGAINSOFMAINE; DOE 2 D/B/A LACA_888, GOMEDIA, GOMEDIA8, and BOOKSMEDIA; DOE 3 D/B/A PEPPERACK; DOE 4 D/B/A MYFRIENDANDME02 and SATHIEL 1492; DOE 5 D/B/A USAOKDEALS; DOE 6 D/B/A VINTAGEFREAKIE; DOE 7 D/B/A WAREHOUSE-DEALZ; and DOE 8 D/B/A WHOLSALENICK, <br><br> Defendants. | Docket No. 18-cv-0403 (RJS) <br><br> Civil Action <br><br><br> **STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED** by the parties, through their undersigned counsel and

subject to the approval of the Court, that the time within which Defendants DOE 2 D/B/A

LACA_888, GOMEDIA, GOMEDIA8, and BOOKSMEDIA, may answer or otherwise respond

to the Complaint is extended for a period of fourteen (14) days, up to and including Tuesday,

March 6, 2018.

**SO ORDERED,** this _____ day of February, 2018.

_____
Hon. Richard J. Sullivan

Stipulated as to entry and form:

Matthew Fleischman
Oppenheim + Zebrak, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
(202) 480-2965
Fleischman@oandzlaw.com

Attorneys for Plaintiffs
Cengage Learning, Inc.; Elsevier, Inc.;
Mcgraw-Hill Global Education Holdings,
LLC; and Pearson Education, Inc.


BY:  /s/Matthew Fleischman___
     Matthew Fleischman

Lawrence D. Mandel, Esq.
GERTNER MANDEL, LLC
PO Box 301
Lakewood, NJ  08701
(732) 363-3333
lmandel@gmplaw.net

Attorneys for Defendants
DOE 2 D/B/A LACA_888,
GOMEDIA, GOMEDIA8,
and BOOKSMEDIA


BY: /s/Lawrence D. Mandel___
    Lawrence D. Mandel