UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; ELSEVIER, INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and PEARSON EDUCATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DOE 1 D/B/A BARGAINSOFMAINE; DOE 2 D/B/A LACA_888, GOMEDIA, GOMEDIA8, and BOOKSMEDIA; DOE 3 D/B/A PEPPERACK; DOE 4 D/B/A MYFRIENDANDME02 and SATHIEL1492; DOE 5 D/B/A USAOKDEALS; DOE 6 D/B/A VINTAGEFREAKIE; DOE 7 D/B/A WAREHOUSE-DEALZ; and DOE 8 D/B/A WHOLSALENICK,<br><br>Defendants. | Case No. 1:18-cv-00403-RJS |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS AGAINST DOE 2 D/B/A LACA_888, GOMEDIA, GOMEDIA8, and BOOKSMEDIA

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and a settlement that was reached between the parties, Plaintiffs Pearson Education, Inc., Elsevier, Inc., McGraw-Hill Global Education Holdings, LLC, and Cengage Learning, Inc., hereby give notice that their claims in the above-captioned action against Karen Karapetyan and Elvira Hohannisyan, identified in the Complaint as Doe Defendant 2, doing business as laca_888, GOMEDIA, GOMEDIA8, and booksmedia are voluntarily dismissed with prejudice.

Dated: March 30, 2018

Respectfully submitted,

*Kerry M. Mustico*
_____
Matthew J. Oppenheim
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Ave. NW STE 503
Washington, DC 20015
(202) 480-2999
matt@oandzlaw.com
kerry@oandzlaw.com

*Counsel for Plaintiffs*

SO ORDERED this 30th day of March, 2018.

_____
RICHARD J. SULLIVAN
United States District Judge